**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **BLAKE, KRISTINA**

Chapter 13 Case No. **05-50007**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA 23285 | 4 | $655.70 | $9.86 |

**TOTAL TO CLERK'S FUND**                                             $9.86

_____**February 24, 2010**_____        _____/s/ Kyle L Carlson_____
DATE                                      TRUSTEE

RECEIVED 2010 MAR -1 AM 9:22 U.S. BANKRUPTCY COURT DULUTH, MN