MN,NB-305
(5/94)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **BLAKE, KRISTINA**

Chapter 13 Case No.    **05-50007**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| KRISTINA BLAKE<br>PO BOX 566<br>IRONTON, MN 56455 | debtor refund | | $3.50 |

RECEIVED 2010 JUN 21 AM 10:16 U.S. BANKRUPTCY COURT DULUTH MN

**TOTAL TO CLERK'S FUND**                                              $3.50

_____June 16, 2010_____        _/s/ Kyle L Carlson_____
DATE                                TRUSTEE